**Appeal Reinstated; Order filed October 4, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00475-CV

———————

## IN THE INTEREST OF L.E.B, A CHILD

---

### On Appeal from the County Court at Law No. 1
### Galveston County, Texas
### Trial Court Cause No. 10FD0110

---

## ORDER

This is an appeal from a judgment signed March 29, 2018. The trial court has signed an order in accordance with Texas Rule of Civil Procedure 306a finding appellant first received actual notice of the final judgment on June 21, 2018. The notice of appeal was therefore due July 23, 2018. *See* Tex. R. App. P. 26.1. Appellant timely filed the notice of appeal on June 11, 2018.

The appeal is ordered reinstated. The reporter's record is due on or before November 5, 2018.

PER CURIAM